**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 97-50188
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

OMAR EDUARDO MORENO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Texas
(EP-95-CR-359-ALL)
_____

September 16, 1998

Before HIGGINBOTHAM, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.